PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Amanda S. Graber                        Docket No. 5:10-M-1291-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting an official report upon the conduct of defendant, Amanda S. Graber, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Fayetteville, North Carolina, on the 9th day of March, 2011, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

Amanda S. Graber
Docket No. 5:10-M-1291-1
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant failed to report as instructed to the pretrial services officer in Philadelphia, Pennsylvania, on Monday, March 14 and Tuesday, March 15, and reported late on Friday, March 18, 2011. On Friday, March 18, 2011, the defendant admitted that she used heroin while under bond supervision.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled on April 5, 2011, on Fayetteville, North Carolina, to determine whether the defendant has violated the conditions of her release.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Thomas E. Sheppard |
| Robert L. Thornton | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: March 25, 2011 |

**ORDER OF COURT**

Considered and ordered this 28 day of March, 2011, and ordered filed and made a part of the records in the above case.

James E. Gates
U.S. Magistrate Judge