UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON 7-27-2011 dli
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

CASE NO: 5:10-M-1291

UNITED STATES OF AMERICA

V.

Graber, Amanda S.

DISMISSAL ORDER

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason: insufficient evidence to meet burden of proof

Offenses: Larceny of Government Property

Category: misdemeanor

Initial Docket Date:

Submitted on: 3/14/2011

_____
JAMAL A. RHINEHARDT
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This 27th day of July, 2011.

_____
United States Magistrate Judge